IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAMES GRAY,

           Petitioner,

v.                                    CIVIL ACTION NO. 2:02-cv-1355
                                        (Criminal No. 2:00-cr-186)

UNITED STATES OF AMERICA,

           Respondent.

**MEMORANDUM OPINION AND ORDER**

Pending before the court is the petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence. This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge submitted findings of fact and recommended that the court deny the petitioner's § 2255 motion.

The petitioner filed objections to the Magistrate Judge's findings. After carefully reviewing these objections, the court is satisfied that they lack merit. Accordingly, the court accepts and incorporates herein the findings and recommendation of the Magistrate Judge, and **DENIES** the petitioner's § 2255 motion.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                        ENTER:      March 20, 2006

                                        JOSEPH R. GOODWIN
                                        UNITED STATES DISTRICT JUDGE